IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY LYNN THRASHER,

          Plaintiff,

v.                                  CASE NO. 3:03cv437/RV/EMT

VERTEX LLC,

          Defendant.
_____/

## ORDER OF DISMISSAL

The Court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

(1)  This cause is hereby dismissed, without taxation of costs.

(2)  In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 25TH day of September, 2006.

                                    /s/ *Roger Vinson*
                                    **ROGER VINSON**
                                    **Senior United States District Judge**